DAVID N. WOLF (6688)
LANCE SORENSON (10684)
Assistant Utah Attorneys General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: dnwolf@agutah.gov
E-mail: lancesorenson@agutah.gov

*Counsel for State Defendants*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD ASSOCIATION OF UTAH,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH MINER, in his official capacity as Executive Director of the Utah Department of Health; MARK B. STEINAGEL, in his official capacity as Director of the Utah Division of Occupational and Professional Licensing; SIM GILL, in his official capacity as District Attorney for Salt Lake County; SEAN D. REYES, in his official capacity as Attorney General for the State of Utah; and GARY R. HERBERT, in his official capacity as Governor for the State of Utah,<br><br>Defendants. | **JOINT MOTION FOR STIPULATED PRELIMINARY INJUNCTION AS TO STATE DEFENDANTS**<br><br>Case No. 2:19-cv-00238<br><br>Judge Clark Waddoups |

Plaintiff Planned Parenthood Association of Utah ("PPAU"), Defendants Joseph Miner,

Mark B. Steinagel, Sean D. Reyes and Gary R. Herbert (the "State Defendants"), by and through counsel, respectfully and jointly move this Court for a Stipulated Preliminary Injunction as to State Defendants.

PPAU alleges in its Complaint that Utah House Bill 136 ("HB 136") is unconstitutional. The Plaintiff and State Defendants acknowledge and agree that this case raises important questions that deserve thoughtful and careful consideration. To that end, and without admission of wrongdoing or constitutional violation by State Defendants, the Plaintiff and State Defendants stipulate and agree to the entry of a preliminary injunction by which State Defendants are enjoined from enforcing HB 136 during the pendency of this litigation until Plaintiff's claim is resolved by this Court through trial on the merits or other dispositive order.

DATED: April 18, 2019

/s/ Julie Murray_____
Julie Murray
Jennifer Sandman
Leah Farrell
John Mejia
*Attorneys for Plaintiff Planned Parenthood Association of Utah*

DATED: April 18, 2019

/s/ Lance Sorenson_____
Lance Sorenson
David Wolf
*Attorneys for State Defendants*

## CERTIFICATE OF MAILING

I certify that on **April 18, 2019**, I electronically filed the foregoing, **JOINT MOTION FOR STIPULATED PRELIMINARY INJUNCTION AS TO STATE DEFENDANTS**, using the Court's electronic filing system and I also certify that a true and correct copy of the foregoing was sent by email to the following:

Leah Farrell
John Mejia
American Civil Liberties Union of Utah Foundation, Inc.
355 N. 300 W.
Salt Lake City, UT 84103
lfarrell@acluutah.org
jmejia@acluutah.org

Jennifer Sandman
Planned Parenthood Federation of America
123 William Street, 9th Floor
New York, NY 10038
jennifer.sandman@ppfa.org

Julie Murray
Planned Parenthood Federation of America
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005
julie.murray@ppfa.org

Darcy Goddard
Office of the Salt County District Attorney
35 East 500 South
Salt Lake City, Utah 84111
Dgoddard@slco.org


                                             /s/ Mohamed I. Abdullahi
                                               Legal Secretary