DAVID N. WOLF (6688)
LANCE SORENSON (10684)
Assistant Utah Attorneys General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: dnwolf@agutah.gov
E-mail: lancesorenson@agutah.gov

*Counsel for State Defendants*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD ASSOCIATION OF UTAH,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH MINER, in his official capacity as Executive Director of the Utah Department of Health; MARK B. STEINAGEL, in his official capacity as Director of the Utah Division of Occupational and Professional Licensing; SIM GILL, in his official capacity as District Attorney for Salt Lake County; SEAN D. REYES, in his official capacity as Attorney General for the State of Utah; and GARY R. HERBERT, in his official capacity as Governor for the State of Utah,<br><br>Defendants. | **ORDER GRANTING STIPULATED PRELIMINARY INJUNCTION AS TO STATE DEFENDANTS**<br><br>Case No. 2:19-cv-00238<br><br>Judge Clark Waddoups |

Before the Court is the Plaintiff's Motion for a Preliminary Injunction and Expedited Briefing Schedule or, In the Alternative, a Temporary Restraining Order (Dkt # 12), and the Joint Motion for Stipulated Preliminary Injunction as to State Defendants filed by Plaintiff and Defendants Miner, Herbert, Reyes and Steinagel (the "State Defendants").

Based on the stipulation and for good cause appearing, the Court hereby ORDERS that:

(1) the Joint Motion for a Stipulated Preliminary Injunction as to State Defendants is GRANTED;

(2) State Defendants, their employees, agents, and successors are ENJOINED from enforcing HB 136, §§ 3 through 5, until the case is resolved through trial on the merits or other dispositive order;

(3) The security required by FED. R. CIV. P. 65(c) is hereby WAIVED by State Defendants; and

(4) Plaintiff's Motion for Preliminary Injunction and Expedited Briefing Schedule or, In the Alternative, a Temporary Restraining Order (Dkt # 12) is moot as to State Defendants and therefore DENIED as to State Defendants only.

Signed April 18, 2019.                    BY THE COURT:

Honorable Clark Waddoups
District Court Judge

Approved as to Form:

/s/ Julie Murray
Julie Murray
Jennifer Sandman
Leah Farrell
John Mejia
*Attorneys for Plaintiff Planned Parenthood Association of Utah*