Prepared by:

Sim Gill (Utah Bar No. 6389)
Salt Lake County District Attorney
Darcy M. Goddard (Utah Bar No. 13426)
Deputy District Attorney
Office of the Salt Lake County District Attorney
35 East 500 South, Salt Lake City, Utah 84111
Telephone: 385.468.7700
Facsimile: 385.468.7800
E-mail: dgoddard@slco.org

*Counsel for Salt Lake County District Attorney Sim Gill*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| Planned Parenthood Association of Utah, on behalf of itself and its patients, physicians, and staff,<br><br>   Plaintiff,<br><br>v.<br><br>Joseph Miner, in his official capacity as Executive Director of the Utah Department of Health, et al.,<br><br>   Defendants. | Case No. 2:19-cv-00238-CW<br><br>**ORDER GRANTING:**<br><br>**SALT LAKE COUNTY DISTRICT ATTORNEY SIM GILL'S**<br>**AND**<br>**PLANNED PARENTHOOD'S**<br>**JOINT AND STIPULATED MOTION FOR ENTRY OF PRELIMINARY INJUNCTIVE RELIEF**<br><br>The Honorable Clark Waddoups |

      The Court, having considered Salt Lake County District Attorney Sim Gill's ("DA Gill")

and Plaintiff Planned Parenthood Association of Utah's ("PPAU") Joint and Stipulated Motion

for Entry of Preliminary Injunctive Relief (Doc. 39 ("Joint Motion for Preliminary Injunctive Relief")), hereby orders:

1. DA Gill's and PPAU Joint Motion for Preliminary Injunctive Relief is granted;

2. The Court hereby enters an order prohibiting enforcement of HB 136, sections 3, 4, and 5;

3. This order for preliminary injunctive relief shall be legally binding on DA Gill and all deputy district attorneys and employees of the Salt Lake County District Attorney's Office until this matter is decided on the merits by trial or dispositive motion and, if applicable, for the duration of an initial appeal by whichever party does not prevail in the District Court.

4. The security required by Federal Rule of Civil Procedure 65(c) is waived by DA Gill; and

5. PPAU's Motion for Preliminary Injunction and Expedited Briefing Schedule or, in the Alternative, a Temporary Restraining Order (Doc. 12), to the extent not already decided at the hearing dated April 18, 2019, is moot and is therefore denied.

So ordered this 13th day of May, 2019.

By the Court:

The Honorable Clark Waddoups
United States District Court Judge