IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| PLANNED PARENTHOOD ASSOCIATION OF UTAH, on behalf of itself and its patients, physicians, and staff,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH MINER et al.,<br><br>Defendants. | **ORDER**<br><br>Case No. 2:19-cv-0238-CW<br><br>Judge Clark Waddoups |

This matter is before the court on the State Defendants' Motion to Allow Limited Discovery. A hearing on the motion was held before the Honorable Clark Waddoups on June 20, 2019. Counsel for the respective parties were present. After due consideration of the parties' filings and oral arguments, and otherwise being fully advised,

IT IS HEREBY ORDERED, for the reasons stated on the record, that the State Defendants' Motion to Allow Limited Discovery (ECF No. 36) is GRANTED IN PART and DENIED IN PART. With respect to the categories of discovery requested by the State Defendants' on page two of their motion:

1.      The court grants the motion for discovery as to categories two, five, six, and seven;

2. With respect to category one, the court grants the motion in part, such that the State Defendants may only address what the dilation and extraction method entails. The State Defendants may not seek discovery about the specific procedures Plaintiff uses to abort a fetus post 18-weeks because that information is already in the State Defendants' possession;

3. With respect to category four, the court grants the motion in part, such that the State Defendants may only address how Plaintiff determines the gestational age of the fetus. The State Defendants may not seek discovery about the gestational ages at which Plaintiff performs abortions because that information is already in the State Defendants' possession.

4. The court DENIES the motion as to category three because that information is already in the State Defendants' possession.

THE COURT FURTHER ORDERS the parties to meet and confer about an appropriate discovery schedule. The court directs the parties to submit a proposed scheduling order to the court on or before **July 8, 2019**.

DATED this 20th day of June, 2019.

BY THE COURT:

Clark Waddoups
United States District Court