Leah Farrell (Bar No. 13696)
John Mejia (Bar No. 13965)
AMERICAN CIVIL LIBERTIES UNION OF
UTAH FOUNDATION, INC.
355 N. 300 W.
Salt Lake City, UT 84103
(801) 521-9862
(801) 532-2850 (fax)
lfarrell@acluutah.org
jmejia@acluutah.org

*Attorneys for Plaintiff*
*Planned Parenthood Association of Utah*

*\*Admitted pro hac vice*

Julie Murray\*
PLANNED PARENTHOOD FEDERATION
OF AMERICA
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005
(202) 803-4045
(202) 296-3480 (fax)
julie.murray@ppfa.org

Jennifer Sandman\*
PLANNED PARENTHOOD FEDERATION
OF AMERICA
123 William Street, 9th Floor
New York, NY 10038
(212) 261-4584
(212) 247-6811 (fax)
jennifer.sandman@ppfa.org

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| PLANNED PARENTHOOD ASSOCIATION OF UTAH, on behalf of itself and its patients, physicians, and staff,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH MINER, in his official capacity as Executive Director of the Utah Department of Health, *et al.*,<br><br>Defendants. | Case No. 2:19-cv-00238<br><br>**JOINT MOTION FOR ENTRY OF AN AMENDED AND STIPULATED PROTECTIVE ORDER** |

1

Plaintiff and Defendants, by and through their respective counsel, stipulate and jointly move the Court to enter the attached protective order for discovery in this case. It is the parties' intent that this protective order shall supersede the Standard Protective Order in effect under DUCivR 26-2.

Respectfully submitted,

/s/ Julie Murray
Julie Murray*
PLANNED PARENTHOOD FEDERATION
OF AMERICA
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005
(202) 803-4045
(202) 296-3480 (fax)
julie.murray@ppfa.org

Jennifer Sandman*
PLANNED PARENTHOOD FEDERATION
OF AMERICA
123 William Street, 9th Floor
New York, NY 10038
(212) 261-4584
(212) 247-6811 (fax)
jennifer.sandman@ppfa.org

Dated: August 12, 2019

Leah Farrell (Bar No. 13696)
John Mejia (Bar No. 13965)
AMERICAN CIVIL LIBERTIES UNION OF
UTAH FOUNDATION, INC.
355 N. 300 W.
Salt Lake City, UT 84103
(801) 521-9862
(801) 532-2850 (fax)
lfarrell@acluutah.org
jmejia@acluutah.org

*Attorneys for Plaintiff Planned Parenthood Association of Utah*

*\* admitted pro hac vice*

**Approved as to form:**

DAVID N. WOLF (6688)
s/ Lance Sorenson
LANCE SORENSON (10684)
Assistant Utah Attorneys General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Sixth Floor P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: dnwolf@agutah.gov
E-mail: lancesorenson@agutah.gov
*Counsel for State Defendants*

SIM GILL
Salt Lake County District Attorney
s/ Darcy M. Goddard
DARCY M. GODDARD
Deputy District Attorney Counsel for Salt Lake County
District Attorney Sim Gill
E-mail: DGoddard@slco.org

## CERTIFICATE OF SERVICE

I certify that on August 12, 2019, a true and correct copy of the foregoing **JOINT MOTION FOR ENTRY OF AN AMENDED AND STIPULATED PROTECTIVE ORDER** was served on counsel for Defendants via e-mail:

David N. Wolf
*dnwolf@agutah.gov*
Lance Sorenson
*lancesorenson@agutah.gov*
Assistant Utah Attorneys General
Office of the Utah Attorney General

Darcy Goddard
Office of the Salt County District Attorney
*Dgoddard@slco.org*

/s/ Julie Murray
Julie Murray
PLANNED PARENTHOOD FEDERATION
OF AMERICA
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005
(202) 803-4045
(202) 296-3480 (fax)
julie.murray@ppfa.org