# EXHIBIT D

Supreme Court Order

(ORDER LIST: 588 U.S.)

FRIDAY, OCTOBER 4, 2019

### CERTIORARI GRANTED

| | | |
|---|---|---|
| 18-1323 | ) | JUNE MEDICAL SERV., ET AL. V. GEE, SEC., LA DEPT. OF HEALTH |
| 18-1460 | ) | GEE, SEC., LA DEPT. OF HEALTH V. JUNE MEDICAL SERV., ET AL. |

The petitions for writs of certiorari are granted. The cases are consolidated and a total of one hour is allotted for oral argument.

| | | |
|---|---|---|
| 18-1584 | ) | U.S. FOREST SERVICE, ET AL. V. COWPASTURE RIVER ASSN., ET AL. |
| 18-1587 | ) | ATLANTIC COAST PIPELINE, LLC V. COWPASTURE RIVER ASSN., ET AL. |

The petitions for writs of certiorari are granted. The cases are consolidated and a total of one hour is allotted for oral argument.

19-67    UNITED STATES V. SINENENG-SMITH, EVELYN

The petition for a writ of certiorari is granted.