DAVID N. WOLF (6688)
LANCE SORENSON (10684)
Assistant Utah Attorneys General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0280
Facsimile: (801) 366-0101
E-mail: dnwolf@agutah.gov
E-mail: lancesorenson@agutah.gov

*Counsel for State Defendants*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PLANNED PARENTHOOD ASSOCIATION OF UTAH,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH MINER, et al.<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION FOR BRIEFING SCHEDULE ON CROSS MOTIONS FOR SUMMARY JUDGMENT**<br><br>Case No. 2:19-cv-00238<br><br>Judge Clark Waddoups |

Based on the parties' Stipulated Motion for Briefing Schedule on Cross Motions for Summary Judgment, and for good cause appearing, the Court enters the following Briefing Schedule:

| | |
|---|---|
| **Plaintiff's Motion for Summary Judgment due:** | **10/19/2020** |
| **State Defendants' Opposition and Cross-Motion due:** | **11/16/2020** |
| **Plaintiff's Opposition to Cross-Motion and Reply in Support of Motion due:** | **12/14/2020** |
| **Defendants' Reply in Support of Cross Motion due:** | **12/28/2020** |

DATED: October 7, 2020.

BY THE COURT:

_____
Honorable Clark Waddoups

**Approved as to Form:**

/s/ *Julie Murray*
JULIE MURRAY
    *Counsel for Plaintiff*
SIGNED BY FILING ATTORNEY
WITH PERMISSION.

/s/ *Darcy Goddard*
DARCY GODDARD
    *Counsel for Defendant Sim Gill*
SIGNED BY FILING ATTORNEY
WITH PERMISSION.