DAVID N. WOLF (6688)
LANCE SORENSON (10684)
Assistant Utah Attorneys General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Office: (801) 366-0100
Direct: (801) 366-0557
E-mail: dnwolf@agutah.gov
E-mail: lancesorenson@agutah.gov

*Counsel for State Defendants*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD ASSOCIATION OF UTAH,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD SAUNDERS, et al.<br><br>Defendants. | **STATE DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 2:19-cv-00238<br><br>Judge Clark Waddoups |

Pursuant to Federal Rule of Civil Procedure 56 and DUCivR 56-1, Defendants Gary Herbert, Sean Reyes, Richard Saunders, and Mark Steinagel (collectively, the "State" or "State Defendants") move the Court for Summary Judgment. The Court should grant the State's Cross Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment because there are no genuine issues of material fact and the State is entitled to judgment as a matter of law.

In order to avoid duplicative briefing, the State incorporates, pursuant to DUCivR 7-1(b)(1)(A), the arguments it makes in its Memorandum in Opposition to Plaintiff's Motion for Summary Judgment, filed simultaneously herewith.

DATED: November 16, 2020.

OFFICE OF THE UTAH ATTORNEY GENERAL

/s/ Lance Sorenson
LANCE SORENSON
DAVID N. WOLF
*Counsel for State Defendants*

## CERTIFICATE OF MAILING

     I certify that on **November 16, 2020**, I electronically filed the foregoing, **STATE DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT** , using the Court's electronic filing system and I also certify that a true and correct copy of the foregoing was sent by email and United States mail, postage prepaid, to the following:

John Mejia
American Civil Liberties Union of Utah Foundation, Inc.
355 N. 300 W.
Salt Lake City, UT 84103
jmejia@acluutah.org

Jennifer Sandman
Hana Bajramovic
Planned Parenthood Federation of America
123 William Street, 9th Floor
New York, NY 10038
jennifer.sandman@ppfa.org
hana.bajramovic@ppfa.org

Julie Murray
Hannah Swanson
Planned Parenthood Federation of America
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005
julie.murray@ppfa.org
hannah.swanson@pfa.org

Darcy Goddard
Office of the Salt County District Attorney
35 East 500 South
Salt Lake City, Utah 84111
dgoddard@slco.org

                                 */s/ Genevieve De La Pena*
                                 Legal Assistant
                                 Attorney General's Office