IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PLANNED PARENTHOOD ASSOCIATION OF UTAH, on behalf of itself and its patients, physicians, and staff,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD SAUNDERS, in his official capacity as Interim Executive Director of the Utah Department of Health, *et al.*,<br><br>Defendants. | Case No. 2:19-cv-00238<br><br>**ORDER REQUESTING PARTIES' POSITIONS ON STAYING PROCEEDINGS**<br><br>Judge Clark Waddoups |

A hearing in this matter is presently scheduled for November 17, 2021 to hear all pending motions. On May 17, 2021, the United States Supreme Court granted a petition for a writ of certiorari in *Dobbs v. Jackson Women's Health Organization*, 209 L. Ed. 2d 748 (2021). Although the Court granted the petition, it limited the issue before it to Question 1 presented by the petitioner. *Id.* Question 1 addresses "[w]hether all pre-viability prohibitions on elective abortions are unconstitutional." *Dobbs v. Jackson Women's Health Org.*, No. 19-1392, 2020 U.S. S. Ct. Briefs Lexis 5496 (June 15, 2020).

In this case, Planned Parenthood Association of Utah challenges the constitutionality of H.B. 136 on the ground that any ban on a pre-viability abortion is prohibited. The question in *Jackson Women's Health* appears to implicate the issues before this court. Accordingly, **on or before July 7, 2021**, the court requests that the parties inform the court about their respective

positions on whether this matter should be stayed again pending the outcome of the Supreme Court's decision.

DATED this 22nd day of June, 2021.

BY THE COURT:

Clark Waddoups
United States District Judge