John Mejia (Bar No. 13965)
AMERICAN CIVIL LIBERTIES UNION OF
UTAH FOUNDATION, INC.
355 N. 300 W.
Salt Lake City, UT 84103
(801) 521-9862
(801) 532-2850 (fax)
jmejia@acluutah.org

*Attorneys for Plaintiff*
*Planned Parenthood Association of Utah*

*\*Admitted pro hac vice*

Julie Murray\*
Hannah Swanson\*
PLANNED PARENTHOOD FEDERATION
OF AMERICA
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005
(202) 803-4045
(202) 296-3480 (fax)
julie.murray@ppfa.org
hannah.swanson@ppfa.org

Jennifer Sandman\*
Hana Bajramovic\*
PLANNED PARENTHOOD FEDERATION
OF AMERICA
123 William Street, 9th Floor
New York, NY 10038
(212) 261-4584
(212) 247-6811 (fax)
jennifer.sandman@ppfa.org
hana.bajramovic@ppfa.org

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| PLANNED PARENTHOOD ASSOCIATION OF UTAH, on behalf of itself and its patients, physicians, and staff,<br><br>      Plaintiff,<br><br>v.<br><br>RICHARD SAUNDERS, in his official capacity as Interim Executive Director of the Utah Department of Health, *et al.*,<br><br>      Defendants. | Case No. 2:19-cv-00238<br><br>**PLAINTIFF'S POSITION ON STAYING PROCEEDINGS IN LIGHT OF *DOBBS V. JACKSON WOMEN'S HEALTH ORG.***<br><br>Hon. Clark Waddoups |

Pursuant to the Court's Docket Text Order of June 22, 2021, Plaintiff Planned Parenthood Association of Utah (PPAU) submits its position on staying this case pending the U.S. Supreme Court's resolution of *Dobbs v. Jackson Women's Health Organization*, Case No. 19-1392.

PPAU does not believe that a stay is needed here, as the Court can resolve the parties' pending cross-motions for summary judgment under binding law and on the undisputed material facts already in the record before the Court. However, PPAU defers to the Court's preference and prerogative to manage its docket, including by staying all proceedings in this case until the Supreme Court issues an opinion in *Jackson Women's Health* or otherwise disposes of that matter.

Respectfully submitted,

| | |
|---|---|
| /s/ Hannah Swanson | /s/ John Mejia |
| Julie Murray* | John Mejia (Bar No. 13965) |
| Hannah Swanson* | AMERICAN CIVIL LIBERTIES UNION OF |
| PLANNED PARENTHOOD FEDERATION | UTAH FOUNDATION, INC. |
| OF AMERICA | 355 N. 300 W. |
| 1110 Vermont Avenue, NW, Suite 300 | Salt Lake City, UT 84103 |
| Washington, DC 20005 | (801) 521-9862 |
| (202) 803-4045 | (801) 532-2850 (fax) |
| (202) 296-3480 (fax) | jmejia@acluutah.org |
| julie.murray@ppfa.org | |
| hannah.swanson@ppfa.org | |
| | |
| Jennifer Sandman* | *Attorneys for Plaintiff Planned* |
| Hana Bajramovic* | *Parenthood Association of Utah* |
| PLANNED PARENTHOOD FEDERATION | |
| OF AMERICA | * *Admitted pro hac vice* |
| 123 William Street, 9th Floor | |
| New York, NY 10038 | |
| (212) 261-4584 | |
| (212) 247-6811 (fax) | |
| jennifer.sandman@ppfa.org | |
| hana.bajramovic@ppfa.org | |

Dated: July 7, 2021

## CERTIFICATE OF SERVICE

      I certify that on July 7, 2021, a true and correct copy of the foregoing PLAINTIFF'S POSITION ON STAYING PROCEEDINGS IN LIGHT OF *DOBBS V. JACKSON WOMEN'S HEALTH ORG.* was filed through CM/ECF and thus served by e-mail on the following counsel who are registered filers:

David N. Wolf
dnwolf@agutah.gov
Lance Sorenson
lancesorenson@agutah.gov
Assistant Utah Attorneys General
Office of the Utah Attorney General

Darcy Goddard
Office of the Salt Lake County District Attorney
Dgoddard@slco.org

                                                /s/ Hannah Swanson
                                                Hannah Swanson
                                                PLANNED PARENTHOOD FEDERATION
                                                OF AMERICA
                                                1110 Vermont Avenue, NW, Suite 300
                                                Washington, DC 20005
                                                (202) 803-4030
                                                (202) 296-3480 (fax)
                                                hannah.swanson@ppfa.org