IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD ASSOCIATION OF UTAH, on behalf of itself and its patients, physicians, and staff,<br><br>        Plaintiff,<br><br>v.<br><br>NATHAN CHECKETTS, in his official capacity as Executive Director of the Utah Department of Health, *et al.*,<br><br>        Defendants. | Case No. 2:19-cv-00238<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Hon. Clark Waddoups |

By and through undersigned counsel, the parties hereby notify the Court that they have jointly stipulated to dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).


Respectfully submitted,

| | |
|---|---|
| /s/ Julie Murray<br>Julie Murray*<br>Hannah Swanson*<br>PLANNED PARENTHOOD FEDERATION OF AMERICA<br>1110 Vermont Avenue, NW, Suite 300<br>Washington, DC 20005<br>(202) 803-4045<br>(202) 296-3480 (fax)<br>julie.murray@ppfa.org<br>hannah.swanson@ppfa.org<br><br>Jennifer Sandman*<br>Hana Bajramovic*<br>PLANNED PARENTHOOD FEDERATION | Approved as to form:<br><br>DAVID N. WOLF (6688)<br>s/ Lance Sorenson<br>LANCE SORENSON (10684)<br>Assistant Utah Attorneys General<br>OFFICE OF THE UTAH ATTORNEY GENERAL<br>160 East 300 South, Sixth Floor P.O. Box 140856<br>Salt Lake City, Utah 84114-0856<br>Telephone: (801) 366-0100<br>Facsimile: (801) 366-0101<br>E-mail: dnwolf@agutah.gov<br>E-mail: lancesorenson@agutah.gov |

| | |
|---|---|
| OF AMERICA<br>123 William Street, 9th Floor<br>New York, NY 10038<br>(212) 261-4584<br>(212) 247-6811 (fax)<br>jennifer.sandman@ppfa.org<br>hana.bajramovic@ppfa.org<br><br>/s/ John Mejia<br>John Mejia (Bar No. 13965)<br>AMERICAN CIVIL LIBERTIES UNION OF UTAH FOUNDATION, INC.<br>355 N. 300 W.<br>Salt Lake City, UT 84103<br>(801) 521-9862<br>(801) 532-2850 (fax)<br>jmejia@acluutah.org<br><br>*Attorneys for Plaintiff Planned Parenthood Association of Utah*<br><br>\* admitted pro hac vice<br><br>Dated: June 26, 2022 | *Counsel for State Defendants*<br><br>SIM GILL<br>Salt Lake County District Attorney<br>s/ Darcy M. Goddard<br>DARCY M. GODDARD<br>Deputy District Attorney Counsel for Salt Lake County<br>District Attorney Sim Gill<br>E-mail: DGoddard@slco.org<br><br>*Counsel for District Attorney Sim Gill* |

## CERTIFICATE OF SERVICE

      I certify that on June 26, 2022, a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL was filed through CM/ECF and thus served by e-mail on the following counsel who are registered filers:

David N. Wolf
dnwolf@agutah.gov
Lance Sorenson
lancesorenson@agutah.gov
Assistant Utah Attorneys General
Office of the Utah Attorney General

Darcy Goddard
Office of the Salt County District Attorney
Dgoddard@slco.org

                                             /s/ Hannah Swanson
                                             Hannah Swanson
                                             PLANNED PARENTHOOD FEDERATION OF AMERICA
                                             1110 Vermont Avenue, NW, Suite 300
                                             Washington, DC 20005
                                             (202) 803-4030
                                             (202) 296-3480 (fax)
                                             hannah.swanson@ppfa.org